FILED

11/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0366

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0366

IN THE MATTER OF:

M.D.,                                                                    O R D E R

A Youth in Need of Care.

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on November 18, 2021, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 10(6) requires that, "in any proceeding under Title 41, Chapter 3, . . . only the initials of the child, parent(s), or individual party(ies), as the case may be, may be used in all filings, unless otherwise provided by law." Though most references correctly are redacted, the Appellant's opening brief includes the parent's surname on pages 14 and 15 and needs to be corrected.

IT IS THEREFORE ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 19 2021